CONCLUSION

For the reasons stated herein, this Court holds it lacks jurisdiction over this matter.

433 F.Supp.2d 1356

FORMER EMPLOYEES OF QUALITY FABRICATING, INC., Plaintiffs, v. UNITED STATES SECRETARY OF LABOR, Defendant.

Court No.: 02–00522

*ORDER*

WALLACH, Judge: Pursuant to the Opinion of the Court of Appeals for the Federal Circuit dated May 24, 2006, it is hereby

ORDERED, ADJUDGED, and DECREED that this matter be, and hereby is DISMISSED for lack of jurisdiction.